```
IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

```
JERRELL MOORE,                    )
                                  )
          Petitioner,             )
                                  )
     v.                           )     1:23-cv-383
                                  )
UNITED STATES OF AMERICA,         )
                                  )
          Respondent.             )
```

**ORDER**

On May 31, 2023, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) No objections were filed within the time limits prescribed by Section 636.

The court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 2), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Petitioner filing in the proper district after exhausting any available administrative remedies.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 14th day of September, 2023.

```
                        _____
                          United States District Judge
```